AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Martha Perez ) | |
| *Plaintiff* ) | |
| v. ) | |
| Andrew Saul, Commissioner of Social Security ) | Civil Action No.: 5:19-1876-RMG |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:  October 13, 2020

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
*Signature of Clerk or Deputy Clerk*